LINK: 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | No. CV-12-07992 GAF (JCGx) | Date | January 31, 2013 |
|---|---|---|---|
| Title | Maureen Grady v. Scholastic Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On January 31, 2013, the Court dismissed Plaintiff Maureen Grady's claims for copyright infringement and "false designation of origin" under the Lanham Act against Defendants Kelly Moore and Scholastic Inc. In her Complaint, Grady alleged that "[t]his Court has jurisdiction over the present action pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the Copyright Act and the Lanham Act." (Docket No. 1 [Complaint ("Compl.")] ¶ 5.) Now that the Court has dismissed Grady's claims under both the Copyright and Lanham Acts, it is no longer convinced it retains jurisdiction over the case.

Accordingly, Plaintiff Grady is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of subject matter jurisdiction **by close of business February 15, 2013.**

**IT IS SO ORDERED.**