JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HAREWOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KELLY MOORE, an individual, and MAUREEN GRADY, an individual,<br><br>Defendants.<br>_____<br><br>AND RELATED ACTIONS | LEAD CASE NO.: CV12-07448 GAF (JCGx)<br>Consolidated for all purposes with<br>Case No. CV 12-07992 GAF(JCGx)*<br>The Honorable Gary A. Feess<br><br>**ORDER ON STIPULATION TO DISMISS THE CONSOLIDATED ACTIONS IN THEIR ENTIRETY WITH PREJUDICE**<br><br>COMPLAINT FILED: August 29, 2012 IN LEAD CASE<br>TRIAL DATE: March 25, 2014 |

H:\GAF\Civil\LA12CV07992GAF-O JS6.wpd

1

# ORDER

The Court, having considered the Stipulation of Plaintiff and Counterdefendant NANCY HAREWOOD; Plaintiff, Defendant and Counterdefendant MAUREEN GRADY; Defendant and Counterclaimant, KELLY MOORE and Defendant SCHOLASTIC, INC. (the "Parties") and for good cause shown, it is **HEREBY ORDERED THAT**:

The consolidated actions CV12-07488 GAF (JCGx) and CV12-07992 GAF (JCGx) in their entirety are dismissed, with prejudice, pursuant to Fed. Rule Civ. P. 41(a).

The Parties shall each bear their own costs and attorneys' fees as incurred in connection with one another in this action

**IT IS SO ORDERED**

DATED: October 30, 2013

_____
Hon. Gary A. Feess
United States District Court Judge

JS - 6